IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATURNINO PRADO, | ) No. C 10-3613 JSW (PR) |
| Petitioner, | ) |
| vs. | ) **TRANSFER ORDER** |
| HOWARD JAY SPECTER, | ) |
| Respondent. | ) (Docket Nos. 2, 4) |

Petitioner, a California prisoner incarcerated at California State Prison-Sacramento in Represa, California, seeks federal habeas review of his conviction from Los Angeles County, which lies within the venue of the Central District of California. See 28 USC § 84(b). Venue is proper in a habeas action in either the district of conviction or the district of confinement, see id § 2241(d). However, federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. *See Dannenberg v. Ingle*, 831 F. Supp. 767, 767 (N.D. Cal. 1993); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

Because the County of Los Angeles lies in the Central District of California, the Court ORDERS that pursuant to 28 USC § 1404(a) and Habeas LR 2254-3(b), and in the interest of justice, this petition be TRANSFERRED to the United States District Court for the Central District of California. the Clerk of the Court is directed to transfer this

1  matter forthwith.  In light of the transfer, this Court will not decide Petitioner's pending
2  motions (docket nos. 2, 4)
3       IT IS SO ORDERED.
4  DATED:  October 5, 2010

_____
JEFFREY S. WHITE
United States District Judge

2

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |

SATURNINO PRADO,

        Plaintiff,

  v.

HOWARD JAY SPECTER et al,

        Defendant.

                           /

Case Number: CV10-03613 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 5, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Saturnino Prado P-98312
California State Prison-Sacramento
(New Folsom)
P.O. Box 290066
Represa, CA 95671

Dated: October 5, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk